IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GENIE HARRELL                                                                PLAINTIFF

v.                           No. 4:11-cv-829-DPM

INDEPENDENCE COUNTY,
ARKANSAS, et al.                                                           DEFENDANTS

ORDER

Defendants' unopposed motion to transfer this case to the Northern Division of the Eastern District of Arkansas, *Document No. 5*, is granted. 28 U.S.C. § 1404(b). The Court directs the Clerk to immediately transfer this case to the Eastern District of Arkansas, Northern Division.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 February 2012