IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GENIE HARRELL                                                                                     PLAINTIFF

v.                                             No. 1:12-cv-20-DPM

INDEPENDENCE COUNTY, ARKANSAS;
ODUS FULMER, Tax Assessor for Independence
County, Arkansas, Individually and in his Official
Capacity; and GREG POTTS, Supervisor,
Independence County, Arkansas Tax Assessor's
Office, Individually and in his Official Capacity                    DEFENDANTS

## JUDGMENT

Harrell's official-capacity claims against Fulmer and Potts are dismissed without prejudice. All Harrell's claims against the Independence County Assessor's Office are dismissed without prejudice. All the other claims in her complaint are dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

30 September 2013