IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GENIE HARRELL                                                                    PLAINTIFF

v.                                  No. 1:12-cv-20-DPM

INDEPENDENCE COUNTY, ARKANSAS and
ODUS FULMER, Tax Assessor for Independence
County, Arkansas, in his Individual Capacity                         DEFENDANTS

ORDER

This case is first out for trial on 6 April 2015. No updated proposed instructions or pre-trial disclosures have been filed, so the Court assumes the parties are standing on everything filed in January 2014. If not, file any new materials by 13 March 2015. We'll have a pretrial at 9:30 a.m. and get the venire at 12:30. The parties should be prepared to open and start the proof Monday afternoon.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2015