IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GENIE HARRELL                                                                                     PLAINTIFF

v.                                            No. 1:12-cv-20-DPM

INDEPENDENCE COUNTY, ARKANSAS and
ODUS FULMER, Tax Assessor for Independence
County, Arkansas, in his Individual Capacity                                      DEFENDANTS

ORDER

There's some murkiness in the Court's last merits Order, № 60, the parties' 2014 trial briefs, and Harrell's proposed jury instructions about what defendants and claims remain in this case for trial. Everyone agrees that there's a Title VII wrongful-termination claim against Independence County. Because there's no adequate proof of a custom or policy, no § 1983 claim remains against the County. *Davison v. City of Minneapolis, Minnesota*, 490 F.3d 648, 659–661 (8th Cir. 2007). But there is a § 1983 equal protection claim against Fulmer and Potts individually.* Qualified immunity remains possible; and the Court will rule on that defense at the end of the proof or after trial. But the immunity and merits issues are inextricably intertwined. *Twiggs v. Selig*, 679 F.3d 990, 995 (8th Cir. 2012); *see № 49 at 3*. And the Court having

---

*The Court directs the Clerk to update the docket sheet.

ruled that there are jury questions on why Harrell was fired, № 60, the § 1983 claim against Fulmer and Potts, as individuals, necessarily survives. The draft jury instructions and verdicts will cover all this ground.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2015