IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GENIE HARRELL**                                                                 **PLAINTIFF**

v.                                      No. 1:12-cv-20-DPM

**INDEPENDENCE COUNTY, ARKANSAS;
ODUS FULMER**, Tax Assessor for
Independence County, Arkansas, in his
Individual Capacity; and **GREG POTTS**,
Supervisor, Independence County,
Arkansas Tax Assessor's Office, in his
Individual Capacity                                                              **DEFENDANTS**

### ORDER

The Court appreciates the parties' suggestions about jury instructions. The Court is attaching its current working drafts of (1) the preliminary instructions, (2) the final instructions, and (3) the verdict forms. We'll take these up first thing Monday morning.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2015