# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GENIE HARRELL**  PLAINTIFF

v.  No. 1:12-cv-20-DPM

**INDEPENDENCE COUNTY, ARKANSAS;
ODUS FULMER**, Tax Assessor for
Independence County, Arkansas, in his
Individual Capacity; and **GREG POTTS**,
Supervisor, Independence County,
Arkansas Tax Assessor's Office, in his
Individual Capacity  DEFENDANTS

## ORDER

For the reasons stated on the record at the 3 April 2015 telephone hearing, the Court makes the following evidentiary rulings. Harrell's objections, № 67, are overruled. Harrell's objections, № 77, are overruled without prejudice. Harrell's motion in limine, № 72, is granted. And Defendants' motion in limine, № 74, is granted in part and denied in part.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2015