IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GENIE HARRELL                                                                    PLAINTIFF

v.                                      No. 1:12-cv-20-DPM

INDEPENDENCE COUNTY, ARKANSAS;
ODUS FULMER, Tax Assessor for
Independence County, Arkansas, in his
Individual Capacity; and GREG POTTS,
Supervisor, Independence County,
Arkansas Tax Assessor's Office, in his
Individual Capacity                                                              DEFENDANTS

## JUDGMENT

1. The parties tried Genie Harrell's remaining claims to a twelve-person jury on April 6, 7, and 8, 2015. The jury returned three unanimous verdicts, № 94, № 95, & № 96, which are incorporated. The jury found for Harrell and against Odus Fulmer, individually, on Harrell's gender-discrimination claim under the Equal Protection Clause. The jury found against Harrell and for Greg Potts, individually, on her gender-discrimination claim under the Equal Protection Clause. And the jury found for Independence County and against Harrell on her Title VII gender-discrimination claim.

2. The Court enters judgment for Genie Harrell against Odus Fulmer, individually, for $75,001.00, for post-judgment interest as provided by law, and for costs and reasonable attorney's fees as the Court may later allow on

timely motion. Post-judgment interest will accrue at 0.25% per annum from today until this Judgment is paid. 28 U.S.C. § 1961(a)-(b).

**3.** All of Harrell's other claims against all other parties are dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 April 2015