IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GENIE HARRELL                                                                     PLAINTIFF

v.                                      No. 1:12-cv-20-DPM

INDEPENDENCE COUNTY, ARKANSAS;
ODUS FULMER, Tax Assessor for
Independence County, Arkansas, in his
Individual Capacity; and GREG POTTS,
Supervisor, Independence County, Arkansas
Tax Assessor's Office, in his Individual Capacity       DEFENDANTS

AMENDED JUDGMENT

The Court amends its Judgment, № 100. Genie Harrell shall have Judgment against Odus Fulmer, individually, for $110,455.01. This total includes:

| | |
|---|---|
| Jury Award | $75,001.00 |
| Costs | + $1,884.01 |
| Attorney's Fee | + $33,570.00 |
| Total | $110,455.01 |

This Amended Judgment shall accrue interest at .25% per annum from 10 April 2015 (the date of the original Judgment) until paid. 28 U.S.C. § 1961 (a)–(b).

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 October 2015