IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GENIE HARRELL                                                                                       PLAINTIFF

v.                                            No. 1:12-cv-20-DPM

INDEPENDENCE COUNTY, ARKANSAS;
ODUS FULMER, Tax Assessor for
Independence County, Arkansas, in his
Individual Capacity; and GREG POTTS,
Supervisor, Independence County,
Arkansas Tax Assessor's Office, in his
Individual Capacity                                                                              DEFENDANTS

## SECOND AMENDED JUDGMENT

1. The parties tried Genie Harrell's remaining claims to a twelve-person jury on April 6, 7, and 8, 2015. The jury returned three unanimous verdicts, № 94, № 95, & № 96, which are incorporated. The jury found for Harrell and against Odus Fulmer, individually, on Harrell's gender-discrimination claim under the Equal Protection Clause. The jury found against Harrell and for Greg Potts, individually, on her gender-discrimination claim under the Equal Protection Clause. And the jury found for Independence County and against Harrell on her Title VII gender-discrimination claim.

2. The Court enters judgment for Genie Harrell against Odus Fulmer, individually, for $110,455.01. This total includes:

|                 |                |
|-----------------|----------------|
| Jury Award      | $75,001.00     |
| Costs           | +  $1,884.01   |
| Attorney's Fee  | +  $33,570.00  |
| Total           | $110,455.01    |

Post-judgment interest will accrue at 0.25% per annum from 10 April 2015 (the date of the original Judgment) until this Judgment is paid.  28 U.S.C. § 1961(a)-(b).

3. All Harrell's other claims against all other parties are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2015